

**PENNDOT**

v.

**NE COMMUNITY**

**1409 CD 2015**

Commonwealth Court of Pennsylvania.

08/16/2017

Philadelphia County Civil Division, June Term 2014 No. 03545

Affirmed

**PENNDOT**

v.

**NE COMMUNITY**

**1410 CD 2015**

Commonwealth Court of Pennsylvania.

08/16/2017

Philadelphia County Civil Division, September Term 2014 No. 04282

Affirmed

**RE: 2016 JUDICIAL SALE OF REAL-ESTATE (CAREY)**

**1315 CD 2016**

Commonwealth Court of Pennsylvania.

08/16/2017

Cameron County Civil Division, 2016–642

Affirmed

**BOYD, F.**

v.

**LIBHART, L.**

**1897 CD 2016**

Commonwealth Court of Pennsylvania.

08/16/2017

Cumberland County Civil Division, 2007–02470

Affirmed

**BARNHART, J.**

v,

**WCAB (TREMENT BOROUGH)**

**66 CD 2017**

Commonwealth Court of Pennsylvania.

08/16/2017

Workers' Compensation Appeal Board, A16–0260

Affirmed

